[No. 3023-1.   Division One.   June 2, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ELDEAN KITT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 6483, Alfred O. Holte, J., entered April 30, 1974. *Affirmed* by unpublished per curiam opinion.